IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **07 CR 148 GKF** |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | [18 U.S.C. § 1001: False Statement to a |
| v. ) | Federal Agency; 18 U.S.C. § 2(b): |
| ) | Causing a Criminal Act] |
| CHERYL L. THOMAS a/k/a ) | |
| "Sheryl L. Thomas", ) | |
| ) | |
| Defendant. ) | |

### THE GRAND JURY CHARGES:

On or about September 12, 2005, in the Northern District of Oklahoma, in a matter within the jurisdiction of the Federal Emergency Management Agency (FEMA), an agency of the United States, the defendant **CHERYL L. THOMAS** a/k/a "Sheryl L. Thomas", a resident of Tulsa, Oklahoma, knowingly and willfully made and caused to be made a false and fictitious material statement and representation to FEMA, in that the defendant, for the purpose of deceiving FEMA, falsely prepared and caused to be prepared an on-line application for Hurricane Katrina federal disaster assistance wherein the defendant falsely claimed to have sustained damage or loss from Hurricane Katrina to her rented residence at 2607 Martin Luther King Jr. Blvd., New Orleans, Louisiana when, in fact, the defendant, **CHERYL L. THOMAS** a/k/a "Sheryl L. Thomas" knew that she did not rent or reside at 2607 Martin Luther King Jr. Blvd., New Orleans, Louisiana when Hurrican Katrina struck New Orleans, Louisiana, nor did she sustain loss or damages as set out in her application to her rented residence or property by way of Hurricane Katrina, and defendant **CHERYL L.**

**THOMAS** a/k/a "Sheryl L. Thomas" knew the application she had supplied to FEMA was materially false, in violation of Title 18, United States Code, Sections 1001 and 2(b).

DAVID E. O'MEILIA
UNITED STATES ATTORNEY

*(signed)*
CHARLES M. MCLOUGHLIN
Assistant United States Attorney

A TRUE BILL

*s/Grand Jury Foreperson*
Grand Jury Foreperson